■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. IVAN WARNER, as a Justice of the Supreme Court of the State of New York Sitting for Bronx County, et al., Respondents.— Application for an article 78 judgment pursuant to CPLR, in the nature of a writ of prohibition, unanimously denied, the cross motions insofar as they seek to dismiss the petition granted, and the petition dismissed without costs and without disbursments. The cross motions, insofar as they seek injunctive relief, are denied. No opinion. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Capozzoli, JJ.

■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. JOSEPH SULLIVAN, as a Justice of Supreme Court, et al., Respondents.— Application for an article 78 judgment pursuant to CPLR, in the nature of a writ of prohibition, unanimously denied, the respective cross motions granted, and the petition dismissed without costs and without disbursements. No opinion. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Capozzoli, JJ.

■ C. JAMES LOMBARDI, Petitioner, v. BURTON R. ROBERTS, as a Justice of the Supreme Court for the State of New York, et al., Respondents.— Application for an article 78 judgment pursuant to CPLR, in the nature of a writ of prohibition, unanimously denied, the respective cross motions granted, and the petition dismissed without costs and without disbursements. No opinion. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Capozzoli, JJ.

■ In the Matter of MYRON EPSTEIN, an Attorney.— Respondent reinstated as an attorney and counselor at law of the State of New York. Concur — McGivern, J. P., Markewich, Nunez, Tilzer and Capozzoli, JJ.